UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

--- --- -5 --- 9: 54

CIVIL ACTION
NO.: 6:09-CV-1899-22DAE

| | |
|---|---|
| | X |
| JOHN E. CASABURRO, | X |
| Plaintiff | X |
| | X |
| - AGAINST - | X |
| | X |
| VOLUSIA COUNTY CORP./ SHERIFF'S DEPT., | X |
| ANTHONY MANDESE, JR., AND | X |
| DEFENDANTS UNKNOWN, ET. AL | X |
| Defendants | X |
| | X |

COMPLAINT

"American's With Disability Act,"
 Conspiracy, Damages for
 Infliction of Emotional Harm
and Financial Loss, and Federal
"Civil RICO."

DEMAND FOR JURY TRIAL

I, JOHN E. CASABURRO, Pro Se Plaintiff in the above-captioned matter, swear that the following claims and statements are true:

- THE PARTIES -

1.     I live at 111 Kendra Avenue, DeLand, Florida 32724, Phone number 386-943-8922.

2.     Defendants Volusia County Corp./Volusia County Sheriff's Dept. is located at 123 W. Indiana Avenue, DeLand, Florida 32720; Phone number 386-736-5950 (legal).

3.     Defendant Anthony Mandese lives at 109 Kendra Avenue, DeLand, Florida 32724.

4.     Defendants unknown could include associates, employees of named captioned Defendants and discovery will determine numbers of Defendants-amended.

5.     The Defendants have violated certain acts and conspired to inflict harm on the Plaintiff under the ADA and RICO, through each other, their employees and associations.

6.     The Defendants conspired through their "nexus" of associates and employees to

inflict emotional harm, mental anguish, duress and hinder safety under RICO and ADA Acts and Titles resulting in costs and damages exceeding $75,000.00.

## JURISDICTION

7.　　American Disabilities Act - Plaintiff has claim under Title II (exclusion, segregation and unequal treatment; "where a pattern or practice of discrimination raises an issue of general public importance") and Title III (a disabled person's safety and public access violated); Plaintiff's safety, paid government services (Plaintiff is taxpayer/homeowner) were hindered/violated uncountable times in a 5-year period and no reasonable modification of its policies, practices or procedures to avoid discrimination wherever made, in spite of many requests, in fact have become more harmful, limiting Plaintiff's movement and safety.

8.　　R.I.C.O: Under U.S. (28 U.S.C. §1331), (28 U.S.C. §139(b)(1) Defendants, with a pattern of racketeering, committed acts of conspiracy, drug running/protection, threats of physical harm, unlawful conspiracy to unjustly imprison, obstruction of justice with their network, nexus, associates and "good-old-boy" networking.

## BACKGROUND INTRODUCTION

9.　　Plaintiff lives in DeLand, Volusia County, as a homeowner for 12 years and has served his community as a President of Homeowners Association and duly elected County Committeeman representing election precinct #213 on local and state issues.

Through the years, the neighborhood has evicted at least three (3) drug dealer activity homes, usually renters, acting as a unit by petition to the Volusia County Sheriff's Office and by notice to the owner. Because of owner liability, the landlord would usually evict in one month. Defendant, Anthony Mandese's cousin and friends were among the dealers evicted. Mandese made threats of harm to Plaintiff at that time to stop those type of evictions "or else" and has steadily harassed, trespassed, stalked and threatened Plaintiff at least 25 times, most that having been recorded with the Sheriff's Office, State Attorney and Civil Courts.

Plaintiff has tried several times to resolve the matter through Civil Court and injunction relief twice unsuccessfully. Defendant Mandese has a criminal record including DUI's, drug possessions, driving with no license, etc., and is a known and admitted pot smoker and excessive drinker who associates with like kind and known drug dealers. In early 2009, Mandese became associated with a local drug dealer, Richard Matthew Shea, and encouraged him to harass/ threaten me and the surrounding neighborhood with drag racing, drug smoking, excessive noise and traffic, and they consult on a daily basis. In April 2009, Sheriff Ben Johnson was notified of the problem and police reports were made. Finally, on September 30, 2009 the neighborhood signed a Petition in an attempt to notify Sheriff and landlord of problem going on too long unresolved, in hope of conviction (with drug dealing). Mandese, in unison, filed several false police charges against Plaintiff in an attempt to obstruct and harass Plaintiff's efforts. The State Attorney could never move forward on any filed action by me to Defendant because of Sheriff's Office hinderance and lack of effort, in spite of numerous sworn statements by Plaintiff and witness.

On October 6, 2009 at 8:15, four (4) Volusia County Deputies came to my house alleging another false charge by Mandese, Shea and their associates. I explained to the deputy that I was promised a case worker and drug investigator for all collected information on drug activity, and that several false charges by Mandese and Shea were previously documented. In spite of explanation and deputies being aware of it, Lt. Barrs managing case, a threat by the sergeant was made saying "I hear, Casaburro, that you are a big pain in the ass around here. Well let me tell you, one more call on this matter and we will arrest you!!" I thought to myself how could they want to arrest the victim and not the dealer/drug abusers with all the priors, documents, signatures of petition, etc. I was dismayed and lost faith in our Sheriff's Department. The next morning, one God-fearing neighbor informed me to watch out because "Mandese/Shea and perhaps others are getting ready to file a more serious accusation against you and that they have

inside influence." I had to hire an attorney the next day just to protect myself from harm.

Sheriff's Dept. nexus (known) Francis Melvin, a former Volusia County Corrections Guard, who is very friendly with Shea/Mandese and other past drug users and dealers, is married to Kim Melvin, who works at Volusia County Sheriff Administration. Mr. and Mrs. Melvin have never signed a drug dealer petition (4 in 10 years) and are sympathetic towards users and dealers like Mandese, and always have been. Narcotics has interviewed Melvin in the past concerning drug activity concerning Mandese. No criminal actions were ever taken against Mandese in five (5) years. This crew is expert at "smoke-and-mirrors," "trash-the-victim" and intimidation tactics, all I believe, to wind up at the Sheriff's Office as "moot" to hide their criminal enterprise. Even if the latest drug dealer gets evicted, I am sure they will relocate in the area because of proximity to schools. One local "victim's advocate" was also influenced by Mandese.

## COUNT I of RICO

10.     Plaintiff re-alleges Paragraphs 1 - 9 and states that the acts and conduct of the Defendants, their employees and associates constitute violations of the Federal Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§1961-1968, 18 U.S.C. 1961(5) and 1961 (77(D7) and 1964(c).

## COUNT II

11.     The Defendants have engaged in their wrongful course of conduct for the purpose of improperly enriching themselves to the detriment of Plaintiff and Plaintiff has been injured thereby. Defendants are unjustly enriched by their wrongful conduct.

## COUNT III

12.     The Defendants' wrongful acts intentionally inflicted harm to Plaintiff through Defendants' various nexus, associations and Plaintiff suffered damages.

13.     By reasons of the foregoing, Defendants are jointly and severally liable to Plaintiff

for damages suffered (over 5 years) as a result of their criminal and harmful acts.

## COUNT IV

14.     The acts of Defendants constitute fraud upon Plaintiff and Plaintiff has suffered injury as a result thereof and these acts constitute a conspiracy.

15.     Plaintiff's damages suffered by Defendants are a result of their fraudulent and conspiratorial conduct and they are severally liable to Plaintiff.

## COUNT V

16.     Defendants willfully and wrongfully continue their acts of fraud, conspiracy and deception for their own gain to date, resulting in the need for this type of action/remedy.

## COUNT VI

17.     As a result of Defendants' actions, Plaintiff has suffered emotional distress causing an exacerbation of health problems, loss of sleep and other ailments.  Plaintiff also seeks injunctive relief.

## COUNT I OF ADA

18.     Because of Defendants' conduct, Plaintiff's health and safety are at risk – risk of sudden arrest, risk of violence, risk of property being damaged – and County failed to provide safety and limited Plaintiff's access and mobility.

## COUNT II

19.     Plaintiff suffers from severe chronic lower back pain, arthritic knees and other disabilities that limit motion, excessive bending, stretching and heavy lifting.  Plaintiff can only do light cooking, household personal chores and must do home health care at least 4 hours per day.  Access to street driveway owned by County. deed and safety hindered/threatened by Defendants constitute a violation of ADA.  My mobility is severely hindered as well as my safety in walking and car.

COUNT III

20.     County's lack of safety/protection constitute exclusion, segregation and unequal treatment and pattern raises an issue of general public importance.

COUNT IV

21.     Plaintiff requested numerous times by phone and in writing to correct safety hazards inflicted by Defendants limiting Plaintiff's movement and safety and went unheard.

COUNT V

22.     County and Defendants continued acts cause increased emotional affliction to date and Plaintiff must have relief.

WHEREAS, in conclusion, by all the foregoing facts and evidenced (see evidence list) submitted herein, grant me trial for monetary judgement against Defendants in the amount of $10,000,000.00 (Ten million dollars), plus costs, fees and interest.

JOHN E. CASABURRO, Plaintiff
111 Kendra Avenue
DeLand, Florida 32724
(386) 943-8922


STATE OF FLORIDA
COUNTY OF VOLUSIA

Sworn to and subscribed before me this _____ day of _____, 2009, by John E. Casaburro, who produced _____ as identification.

LORI A. LEVEILLE
Notary Public - State of Florida
My Commission Expires Dec 22, 2011
Commission # DD 738839

Notary Public State of Florida
My commission expires:


Page 6 of 8

## CASE LAW TO SUPPORT MY CLAIMS AS A PRO SE PLAINTIFF

1.      Kramer v. Time Warner, Inc., 937 F.2d 767, 773 (2d Cir. 1991) supports a plaintiff's

proceeding pro se and that my complaint can be construed liberally, Haines v Kerner, 404 U.S.

519, 520-21 (1972) (Per Curiam) favorably to plaintiff, Papasan v. Allain, 478 U&.S. 265, 283

(1986).

2.      That I, the Plaintiff, am entitled to offer evidence to support claims (Schever v. Rhodes,

415 U.S. 232, 236 (1974)), including subpoenas of phone records, e-mail, air fare receipts, copies

of VISA's and passports.

## EVIDENCE LIST AND DOCUMENTS SUPPORTIVE
## OF FRAUDULENT AND CRIMINAL ACTIVITY

This is voluminous case and in conjunction with provided case law of a Complaint construed liberally, etc., and in the interest of justice and prudence, I provide some of the main documents supportive of my claim(s) (in order of statements):

Exhibit A:      Example of Homeowner's Petition

Exhibit B:      Samples of Mandese priors (7-page attempted injunction with 2 police reports

Exhibit C:      9/30/09 Shea Homeowners Petition

Exhibit D:      Examples of Mandese/Shea false police reports on 7/5/09 (3 pages) and 9/25/09 (4 pages.

Exhibit E:      Sworn statements (2? - 2009) and State Attorney's first attempt to prosecute Mandese (2008).  State Attorney could not act "twice" because of Sheriff's Department failures of delay, red tape, "hinderances", laziness, and "failure to provide charging affiants."

Exhibit F:      10/6/09 Proof of Shea/Mandese joint efforts of false crime/police reports (pending). *NO COOPERATION EVEN WITH ATTORNEY HIRED ON 10-7-09 (OTHER ITEM'S ALSO) TO TALK WITH SHERIFF'S DEPT. FOR DOCUMENTS.*

Exhibit G:      Proof of disability; Plaintiff could provide "court ordered under seal records" (Privacy Act), if need be.

*FOOTNOTES: D.E.A. / VOLUSIA CTY. DRUG DIV. TAKES FEDERAL FUNDS; ON OCT 6, DEPUTY; PUT WHOLE NEIGHBORHOOD AT RISK BY KNOCKING ON DRUG PETITIONERS / 20 HOUSEHOLDS DOORS IN BROAD DAYLIGHT TIPPING OFF DEALERS / USERS WHO SIGNED.*

1. To: Sheriff Ben Johnson

2. 116 W. Indiana Ave.

3. DeLand, FL 32724

February 8, 2002

**Complaint**

4. Precinct Leader

5. #213 (GOP)

6.

7. **RE: Excessive Neighborhood Noise/Troublesome House at 108 Kendra Ave.**

8.

9. <u>**Occupants**</u>- Head of Household, <u>Debra Coons</u> (aka?) - Approx 42, Mailbox Name

10. <u>Simmons</u> (may be owners), Son - <u>Dennis Baker Jr.</u> - age 21 (arrested by your deputy's 2

11. months ago for failure to show in Court) <u>Prior's</u>. Second son unknown, visits often (noise

12. maker); Richard Mitchell (boyfriend) age approx 45, Deputy's had warrants 6 months ago

13. for DUI/Leaving the scene, whereabouts unknown. Other frequent visitors, friends, male

14. and female many under 18, cutting school, Drag Racing, loud boom box music excessive

15. to the point of windows rattling and roofs shaking, howling dog, etc... all hours of the day

16. and night. Complaints have been filed with deputes and animal control, over the course

17. of 2 ½ years. Neighbors, many times, have politely asked them to lower bass music, slow

18. down cars, stop Drag Racing, muzzle the dog, revving engine mufflers etc... to no avail.

19. Danger of school children and younger getting hurt or hit by their speeding vehicles.

20. Mr. Johnson, we don't know what else to do, we need help! Small claims court says we

21. can not sue for pain and suffering, there are seniors and people with disability's on these

22. blocks. Myself as precinct leader GOP # 213 (see attached) have contacted many voters

23. in the area along Kendra and adjoining streets. This household having excessive noise

and behavior is the main complaint.

*John Casaburro*

John Casaburro

Precinct Leader GOP #213

111 Kendra Ave, DeLand, FL 32724

386-943-8922

*EX-A-*

IN THE CIRCUIT COURT OF THE VOLUSIA JUDICIAL CIRCUIT,
IN AND FOR VOLUSIA COUNTY, FLORIDA

Case No.: _2004 - 12733 FMDL_
Division: _10_

_JOHN E. CASABURRO_,
                        Petitioner,

and

_ANTHONY MANDESE JR._,
_& A·K·A's —_          Respondent.

## PETITION FOR INJUNCTION FOR PROTECTION AGAINST REPEAT VIOLENCE

I, *[full legal name]* _JOHN CASABURRO_ , being sworn, certify that the following statements are true:

## SECTION I.   PETITIONER (This section is about you.  It must be completed.)

1.   Petitioner currently lives at: *[address, city, state, zip code]* _111 KENDRA Ave._
     _DELAND, FL. 32724_ .
     [√ if applies]
     ____ **Petitioner seeks an injunction for protection on behalf of a minor child.** Petitioner is the
     parent or legal guardian of *[full legal name]*_____,
     a minor child who is living at home.

2.   Petitioner's attorney's name, address, and telephone number is:   _NONE_
     _____.
     (If you do not have an attorney, write "none.")

## SECTION II.   RESPONDENT (This section is about the person you want to be protected from. It must be completed.)

1.   Respondent currently lives at: *[address, city, state, and zip code]* _109 KENDRA_
     _AVE DELAND, 32724 (NEXT DOOR)_ .
     Respondent's Driver's License number is: *[if known]* _____.

2.   Petitioner has known Respondent since *[date]* _10-4-03 & PRIOR_ .

3.   Respondent's last known place of employment: _AIRPORT RESTUARANT_
     Employment address: _DELAND AIRPORT_
     Working hours: _NITE_

CL-0197-0306

Florida Supreme Court Approved Family Law Form 12.980(g)

_EX-B-_

4.  Physical description of Respondent:
    Race: _WHITE_   Sex: ☑Male / ☐Female   Date of Birth: _1970   AGE 34_
    Height: _6'1"_   Weight: _235_   Eye Color: _BROWN?_   Hair Color: _BLACK_
    Distinguishing marks and/or scars: _MUSCULAR   BUILT_
    Vehicle: (make/model) _LINCOLN_   Color: _WH_   Tag Number: _?-027FE_

5.  Other names Respondent goes by (aliases or nicknames): _"TONY"; LOUIS MANDESe?_
    _AS PER   PROPERTY INFO._

6.  Respondent's attorney's name, address, and telephone number is: _?_
    _____

    (If you do not know whether Respondent has an attorney, write "unknown." If Respondent does not
    have an attorney, write "none.")

## SECTION III.   CASE HISTORY AND REASON FOR SEEKING PETITION (This section must be completed.)

1.  Has Petitioner ever received or tried to get an injunction for protection against repeat violence against
    Respondent in this or any other court?   .
    ☐Yes / ☑No   If yes, what happened in that case? *{include case number, if known}*
    _____
    _____

2.  Has Respondent ever received or tried to get a repeat violence injunction for protection against
    Petitioner?
    ☐Yes / ☑No   If yes, what happened in that case? *{include city, state, and case number, if known}*
    _____
    _____

3.  Describe **any other** court case that is either going on now or that happened in the past between
    **Petitioner and Respondent** *{include case number, if known}*:   _? ?_
    _____
    _____

4.  Respondent has directed at least two incidents of "violence," meaning assault, aggravated assault,
    battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, kidnapping or
    false imprisonment, or any criminal offense resulting in physical injury or death against Petitioner or a
    member of Petitioner's immediate family.   One of these two incidents of "violence" has occurred
    within 6 months of the date of filing of this petition.   The most recent incident (including date and
    location) is described below.
    On *{date}* _10-31-04_ , at *{location}* _111 & 109   KENDRA AVe_
    Respondent _ACTED   OUT   IN ANGER  & VERBAL   INTIMIDATION_
    _AT   APPROX.   3. AM   BY   YELLING   AT   MY   WINDOW_
    _"YOUR A FUCKING FAGOT"   "YOU   SUCK   OVER A GARBAGe_
    _CAN".   DEPUTY   WAS CALLED   IN   A.M   & I WAS_

ADVISED TO FILE AN INJUNCTION OF REPEAT
VIOLENCE, STALKING, HARASSMENT, THREATS, VERBAL
INTIMIDATION & ACTING OUT IN ANGER FOR MY SAKE SINCE
THIS HAS BEEN AN ONGOING PROBLEM (S) FOR OVER 1½
MONTHS. (See ATTACHED POLICE COMPLAINT # P.O. 4.70050280.)
PETITIONER IS DULY ELECTED LOCAL PRECINT LEADER
FOR COUNTY COMMITTEE AND APPOINTED HEAD OF
KENDRA AVE HOME OWNERS ASSOCIATION. RESPONDENT
ACTS OUT IN ANGER + THREATS TOWARDS ME
SINCE I AM A LEADER + WE HAVE HAD TO
EVICT CERTAIN DRUG DEALERS FROM NEIGHBOR-
HOOD + RESPONDANT DOES NOT LIKE, AGREE OR
WILL SIGN ANY LEGAL PETITION'S FOR DRUG
DEALING + OR OTHER CRIMINAL ACTS. See ATTACHED
SAMPLE TO SHERIFF DATED 5-21-03 OF WHICH RESPONDANT
WOULD NOT SIGN. RESPONDANT IS FRIENDLY WITH AT
LEAST 2 EVICTED DRUG DEALERS. + FRIENDS WITH
OTHERS WHO MAY ANNOY THE PEACE. WE HAVE SENIORS,
YOUNG FAMILIES + PEOPLE WITH DISABILITY'S ON OUR
STREET (S).

☑ Check here if you are attaching additional pages to continue these facts.

5.   Other prior incidents (including dates and location) are described below:
On {date} __10-25-04__, at {location} __111 KENDRA AVE__,
Respondent COMMITED AN ACT OF VIOLENCE AGAINST
HIS OWN MOTHER (I BELIEVE HER NAME TO BE SHANNON
L MANDESE ACCORDING TO ATTACHED PROPERTY DOCUMENT)
AT APPROX. 18:20 RESPONDENT THREW A HEAVY DINNER
PLATE ACROSS MY YARD TOWARDS HIS MOTHER WHO
WAS PARKED OUTSIDE MY DRIVE WAY. He MISSED: BUT
HER WINDOW WAS OPEN. He LEFT THE BROKEN MESS
OF PLATE ALL OVER MY DRIVE WAY. PRIOR TO THIS
ACT OF VIOLENCE He HAS VERBALLY ABUSED HIS
MOTHER OUT IN PUBLIC LOUDLY FOR 1½ MONTHS
CALLING HER BITCH, WHORE, ASSHOLE +OTHER
SLANG. NEIGHBORS HAD ENOUGH OF RESPONDANTS
DRAMA AGAINST HIS OWN MOTHER AT LEAST 8
TIMES OR MORE. (See ATT. POLICE REPORT OF 10-25-04
#PO 4299074G) ON 10-26-04 RESPONDENT @ 12:45 A.M
YELLED FROM HIS YARD TO MY WINDOW "YOUR A
MOTHER FUCKER" TWICE. THERE ARE WITNESS' TO
THESE EVENTS IN NEIGHBORHOOD ALSO. ON 10-22-04
APPROX 1 PM A VISITOR/FRIEND WITNESSED RESPONDENT
STALKING ME BACK & FORTH IN FRONT OF MY KITCHEN
WINDOW. STEARING AT ME. FOR 20 MINUTES. He
OFTEN STARES AT ME IN MY KITCHEN AT VARIOUS
TIMES OF DAY + NITE ??

☐ Check here if you are attaching additional pages to continue these facts.

6.    Petitioner genuinely fears repeat violence by Respondent. Explain: _Because I Have_
_seen-His Anger & Violence Against Me & His_
_own Mother, He Blames Me For A DCF_
_investigation (He Has A Minor child) & All His_
_self-inflicted Problems. On 10-18-04 Respondent_ *
_made threats Against My Person &out, i A_
_a duly Elected official. Telling Me "Stop_
_sending out letters OR Else"!! "you'll be_
_sorry" While I Am Not A    Homo Fobe_
_Respondent (who Has only short stay Male vistor) in_
_Evenings) Refers to Me    As Fagot?? I Am Fearful_
_Respondent will Explode soon & committ A_
_serious Act of Violence Against Me, My_
_Friends & Neighbors. Respondent Was Advised_
_by Deputy Schindelheim Not to Go on My_
_Property on 10-25-04 He shows No Respect For_
_others Property._

*  _(over A $6.99 Gardage can He says I stole)_

7.    **Additional Information**
[√ all that apply]
_____    a. Respondent owns, has, and/or is known to have guns or other weapons.
        Describe weapon(s): _UNKNOWN_
✓
_____    b. This or prior acts of repeat violence have been previously reported to: *[person or agency]*
        _Sheriff, DCF, County Attorney_

**SECTION IV.  INJUNCTION**  (This section must be completed.)

1.    Petitioner asks the Court to enter an injunction prohibiting Respondent from committing any acts of
      violence against Petitioner and:
  ✓   a. prohibiting Respondent from going to or within 500 feet of any place Petitioner lives;
      b. prohibiting Respondent from going to or within 500 feet of Petitioner's place(s) of employment or
      the school that Petitioner attends; the address of Petitioner's place(s) of employment and/or school is:
      _N/A_                                                                                                    ;

  ✓   c. prohibiting Respondent from contacting Petitioner by telephone, mail, by e-mail, in writing,
      through another person, or in any other manner;
  ✓   d. ordering Respondent not to use or possess any guns or firearms;  _(Especially)_
[√ all that apply]
  ✓   e. prohibiting Respondent from going to or within 500 feet of the following place(s) Petitioner or
      Petitioner's immediate family must go to often: _Publix super Market, Other_
  ✓   _Neighbors Home While there._
  ✓   f. prohibiting Respondent from knowingly and intentionally going to or within 100 feet of Petitioner's
      motor vehicle.
      and any other terms the Court deems necessary for the safety of Petitioner and Petitioner's immediate family.

Detailed History for Police Call #P042990746 As of 11/01/2004 10:50:20

Priority:3 Type:42 - Civil Complaint
Location:111 KENDRA AV,DEL
LocCross:btwn GROVE PL and ROBERTS AV
Info:BEI HSE GRY TRIM..WHI PC

| Created: | 10/25/2004 18:20:47 | DISP12 | 4197 |
|----------|---------------------|--------|------|
| Entered: | 10/25/2004 18:21:45 | DISP12 | 4197 |
| Dispatch: | 10/25/2004 18:24:52 | DISP12 | 4197 |
| Enroute: | 10/25/2004 18:27:17 | M346 | 1660 |
| Onscene: | 10/25/2004 18:36:08 | M346 | 1660 |
| Control: | 10/25/2004 18:41:39 | DISP12 | 4197 |
| Closed: | 10/25/2004 18:49:15 | M346 | 1660 |

PrimeUnit:1A24 Dispo:NR Type:42 - Civil Complaint
Name:JOHN CASABURRO Phone:943-8922 RPaddr:
Agency:VP Darea:02 Zone:25 RD:245    ⌐Detail

---

18:20:47  CREATE  Location:111 KENDRA AV,DEL Type:42 Info:BEI HSE GRY TRIM..WHI PC
                  Name:JOHN CASABURRO Phone:943-8922 Darea:02 RD:245 TypeDesc:Civil
                  Complaint LocCross:btwn GROVE PL and ROBERTS AV Priority:3
                  Response:1PAT Agency:VP LocType:S
18:21:45  ENTRY   Comment:COMP REQUESTING CONTACT REF TO ONGOING PROBLEMS HE IS HAVING
                  W/ HIS NEIGHBOR..COMP WANTS THE SUBJ S/27A BUT THE MALE IS NOT 10-97
                  AT THIS TIME..COMP NEEDS 10-68
18:21:46  -PREMIS Comment:PPR
18:21:47  NOMORE
18:24:24  SELECT
18:24:27  HOLD
18:24:47  SELECT
18:24:52  DISP    1660 Operator:1660 OperNames:SCHINDELHEIM, BRADLEY
18:24:52  -PRIU   1A24
18:27:17  *ENRTE  1A24
18:36:08  *ONSCN  1A24
18:41:39  OK      1A24
18:47:53  *MISC   1A24 Comment:CONTACT WAS MADE WITH THE RP IN REFERENCE TO 27A. 10-68
                  GIVEN AND EVENT #. CONTACT WAS MADE WITH S1 AT 109 KENDRA AND HE
                  ADVISED HE WOULD NOT GO ON TO HIS NEIGHBORS PROPERTY.
18:49:15  *CLEAR  1A24 Dispo:NR
18:49:15  -CLEAR
18:49:15  *CLOSE

Detailed History for Police Call #P043050280 As of 11/01/2004 11:02:14

Priority:3 Type:42 - Civil Complaint
Location:111 KENDRA AV,DEL
LocCross:btwn GROVE PL and ROBERTS AV
Info:BGE HSE,,GRY TRIM,,WHI PC

| Created: | 10/31/2004 08:18:46 | DISP15 | 4214 |
| Entered: | 10/31/2004 08:20:42 | DISP15 | 4214 |
| Dispatch: | 10/31/2004 08:23:50 | DISP12 | 4213 |
| Enroute: | 10/31/2004 08:32:30 | DISP12 | 4213 |
| Onscene: | 10/31/2004 08:38:53 | M190 | 1572 |
| Control: | 10/31/2004 09:08:47 | DISP12 | 4213 |
| Closed: | 10/31/2004 09:20:05 | M190 | 1572 |

PrimeUnit:1B25 Dispo:NR Type:42 - Civil Complaint
Name:JOHN CASABURRO Phone:386 943 8922 RPaddr:
Agency:VP Darea:02 Zone:25 RD:245    ⌐ Detail

---

08:18:46  CREATE  Location:111 KENDRA AV,DEL Type:42 Info:BGE HSE,,GRY TRIM,,WHI PC
                  Name:JOHN CASABURRO Phone:386 943 8922 Darea:02 RD:245
                  TypeDesc:Civil Complaint LocCross:btwn GROVE PL and ROBERTS AV
                  Priority:3 Response:1PAT Agency:VP LocType:S
08:20:42  ENTRY   Comment:RP REQ CONTACT REF ONGOING PROBLEM WITH HIS
                  NEIGHBOR,,WANTS MALE S/27A BUT MALE IS NOT 1097 NOW,,RP INSIST ON
                  CONTACT CAUSE HE IS WORRIED NEIGHOR WILL BECOME VIOLENT,,ALSO ADV
                  HE THINKS NEIGHBOR IS STALKING HIM,,NEIGHBOR IS ANTHONY ??,,WM,,33
                  YOA,,603/220
08:20:42  -PREMIS Comment:PPR
08:20:45  SELECT
08:21:26  PRIOR   Location:111 KENDRA AV,DEL PremType:PPR
08:23:50  DISP    1B25 Operator:1572 OperNames:KELLOUGH,BRET
08:23:50  -PRIU   1B25
08:25:06  MISC    1B25 Comment:THE NEIGHBOR LIVES AT 109 KENDRA....
08:30:59  NOMORE
08:32:30  ENRTE   1B25
08:38:53  *ONSCN  1B25
09:08:47  OK      1B25
09:19:31  *MISC   1B25 Comment:10-68 GIVEN, ADVISED OF INJUNCTION PROCESS,,RP DID
                  NOT WISH TO HAVE DEP. CONTACT S1. NO 27A. ALL STARED THIS CALL IN
                  REF TO A S88 COMP LAST NIGHT, BUT DID NOT CALL VCSO
09:20:05  *CLEAR  1B25 Dispo:NR
09:20:05  -CLEAR

I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF THE HEARING, AND THAT I MUST APPEAR AT THE HEARING.

I UNDERSTAND THAT I AM SWEARING OR AFFIRMING UNDER OATH TO THE TRUTHFULNESS OF THE CLAIMS MADE IN THIS PETITION AND THAT THE PUNISHMENT FOR KNOWINGLY MAKING A FALSE STATEMENT INCLUDES FINES AND/OR IMPRISONMENT.

Dated: 11-1-04

x _John E. Casaburro_
Signature of Petitioner
Printed Name: JOHN E. CASABURRO
Address: 111 KENDRA AVE
City, State, Zip: DeLAND, FL 32724
Telephone Number: 386-943-8922
Fax Number:

STATE OF FLORIDA
COUNTY OF VOLUSIA

Sworn to or affirmed and signed before me on 11-1-04 by John E Casaburro

_Tara Brown_
NOTARY PUBLIC— DEPUTY CLERK

(SEAL)                                    Tara Brown
                                          [Print, type, or stamp commissioned name of notary or clerk.]

☐ Personally known
☑ Produced identification
Type of identification produced  C 210-465-51-374-0

**Kendra Avenue Homeowners Association**
**And Surrounding Streets**
John Casaburro
111 Kendra Ave.
DeLand, FL 32724
386-943-8922

*SEPT. 30, 2009*

To: Sheriff Ben Johnson
Volusia County
123 W. Indiana Ave.
DeLand, FL 32721-0569

Owners of Rental 113 Kendra Ave.
Fred & Delores Blevins
3445 Hwy 39W
Athens, TN 37303

RE: Notice of Undesirable Tenants/Notice of Liability

Dear Mr. & Mrs. Blevins,

This notice is to advise you of "Extremely Undesirable Tenants" that rent your property at 113 Kendra Ave. DeLand, FL. Also, complaint petition of area neighbors "Not Fearful" to sign. Sheriff's office (copied) has received many complaints / calls concerning your tenants and their friends speeding, excessive noise up to 12 times per day and evenings as well. You were advised of this problem as well as junk cars (2 standing on jacks & axles for 3 months) and up to 6 cars at a time doing body, fender, engine repair as well as excessive soot carbon monoxide from parked/repairing cars. (letter reg. US Mail 1st class on 8-17-09).

Liability: There are many small children playing on the street in a twice posted 25mph (school zone). You have been noticed twice and could be held liable and insurance liability could increase if no action were taken by you. We pray that no one child is hit or killed by your tenants, visitors/ friends.

Chaos also enveloped when Matthew's friends arrive including yelling, verbal abuse, loud bass music, etc. This type of incorrigible continued bad behavior for over 7 months now, is constant with drug abuse and drug sales problems. PLEASE EVICT!!! And do a better background search on future tenants.

Please do not provide your tenants with a copy of this notice for fear of reprisal.

*SENT BY U.S. DELIVERY CONFIRM*
*-ATION MAIL #0308 2040 0001 3733 0502*

*-C-*

## Petition Page



1. *John Casablanca – JOHN CASABURO, III KENDRA (PRESIDENT
2. ~~...~~ – ~~...~~ – PLYMOUTH Ave
3. * ~~...~~ Kendra
4. ~~...~~ Kendra
5. ~~...~~ kenDRA
6. ~~...~~ Kendra Ave
7. ~~...~~ Wilby Ave DeLand
8. ~~...~~ Indian Blu
9. ~~...~~ Little Q DeLand
10. † ~~...~~ Indian Ave
11. ~~...~~
12. * ~~...~~ Montreville Ave
13. ~~...~~
14. ~~...~~ 736E Roberts Ave
15. ~~...~~ KENDRA Ave
16. ~~...~~ Cardley blvd
17. ~~...~~ KenDRA
18. ~~...~~ KENDRA
19. ~~...~~ Kendra Ave
20. ~~...~~ Reese 8 Montreville Ave
21. NOTES:
22.
23. TENANT MATTHEW HAS DONE FEAR TATICS ON
24. SOME NEIGHBORS SIGNING & IS FRIENDLY WITH
25. OTHER DRUG USERS / SUPPORTORS (2) IN AREA
26.
27. 8-19 WITNESSED AT JK Casburo on 9-29-09
28. 1-7 witnessed by John Casburo on 9-28-09
† 29. BACK YARD FACES 110 KENDRA (Excessive NOISE)
* 30. HAVE WITNESSED DRUG DEALS \ & CRYS FOR HELP!

## Detailed History for Police Call #P091860867 As of 7/07/2009 09:21:28

Output for:

Priority:2 Type:13A - Susp Incident
Location:111 KENDRA AV,DEL
LocCross:btwn GROVE PL and ROBERTS AV
Map:44_C2

| Created: | 07/05/2009 10:48:52 | CALL16 | 7006 |
|----------|---------------------|--------|------|
| Entered: | 07/05/2009 10:51:12 | CALL16 | 7006 |
| Dispatch: | 07/05/2009 10:58:28 | DISP11 | 6850 |
| Enroute: | 07/05/2009 10:58:30 | DISP11 | 6850 |
| Onscene: | 07/05/2009 11:05:45 | M143 | 7557 |
| Closed: | 07/05/2009 11:21:05 | M143 | 7557 |

IC: PrimeUnit:1B24 Dispo:INC Type:13A - Susp Incident
Agency:VP Darea:02 Zone:25 RD:245
Case #:VP090021205   ☐ Detail

| Time | Action | Detail |
|------|--------|--------|
| 10:48:52 | CREATE | Location:111 KENDRA AV,DEL Type:34A Name:TONY MANDESE RPaddr:109 KENDRA Phone:386.748.8958 Darea:02 RD:245 TypeDesc:Sex Offense LocCross:btwn GROVE PL and ROBERTS AV Priority:2 Response:1PAT Agency:VP Map:44_C2 LocType:S RP_Cont:Phone Contact Only |
| 10:51:12 | ENTRY | Comment:RP ADV THAT HIS NEIGHBOR AT LOI (111 KENDRA) WAS JUST WALKING OUTSIDE NAKED - RP REQ THE SITUATION BE ADDRESSED
RP DOES REQ CONTACT VIA PX ONLY ADV THAT HE DOES NOT WANT TO STARTLE HIS CHILDREN |
| 10:51:12 | -PREMIS | Comment:PPR |
| 10:51:16 | NOMORE | |
| 10:51:20 | SELECT | |
| 10:52:03 | CHANGE | Priority:2-->5 Comment:1B20 AWARE |
| 10:54:19 | SELECT | |
| 10:54:20 | HOLD | Comment:1B24 |
| 10:58:09 | MISC | Comment:PER 1B25, HE MADE CONTACT W/ THE RP..THERE IS NO S/34A AT THIS TIME AND THE RESIDENT HAS A FENCE AT LOCATION..RP WOULD LIKE A UNIT TO MAKE CONTACT W/ THE RESIDENT |
| 10:58:28 | DISP | 1B24 Operator:7557 OperNames:POST,HEATHER |
| 10:58:28 | -PRIU | 1B24 |
| 10:58:30 | ENRTE | 1B24 |
| 11:05:45 | *ONSCN | 1B24 |
| 11:19:04 | CHANGE | Type:34A-->13A Priority:5-->2 TypeDesc:Sex Offense-->Susp Incident |
| 11:19:07 | OK | 1B24 Comment:UNIT IS 10-4 |
| 11:21:00 | *CASE | 1B24 Case#:VP090021205 |
| 11:21:05 | *CLEAR | 1B24 Dispo:INC DispoLevel:0 |
| 11:21:05 | -CLEAR | |
| 11:21:05 | *CLOSE | |

CONTACT INFO:

| Name | Phone | RPaddr | RP_Cont | Other_PX | Weapon? |
|------|-------|--------|---------|----------|---------|
| TONY MANDESE | 386.748.8958 | 109 KENDRA | Phone Contact Only | | |

# VOLUSIA COUNTY SHERIFF'S OFFICE

## INCIDENT REPORT

Page 1 of 2 Pages

Agency Report Number
090021205

| ☐ Juvenile | ☐ Hate Crime |
| ☐ Gang | ☐ Elderly Abuse / Exploitation |
| ☐ Domestic Violence | VOR |
| ☐ Endangered / Other | |

**Agency ORI Number** FL0640000

**Zone #** 25

**Telephone Handled** 1. Yes
**Call? (T.H.C.)** 2. No  2

| Reported: Day | Date | Time (mil.) | Time Dispatched (mil.) | Time Arrived (mil.) | Time Completed (mil.) | Nature of Call (Report Type) |
|---|---|---|---|---|---|---|
| Sunday | 07-05-2009 | 1048 | 1058 | 1105 | 1121 | 13A Suspicious Incident |

| Incident Type: 1. Felony 4. Misdemeanor 2. Traffic Felony | 5. Ordinance 9. Other Misdemeanor | Incident: Day From | Date | Time (mil.) | TO | Day | Date | Time (mil.) | Occurred During: D - Day U - Unknown N - Night |
|---|---|---|---|---|---|---|---|---|---|
| | | Sunday | 07-05-2009 | 1000 | | Sunday | 07-05-2009 | 1030 | D |

**EVENT DATA**

| Offense #1 | Type 9 | Statute Violation Number 77777777 | Description Death/Missing Person/All other non-crimes | A - Attempted C - Committed  C |
| #2 | | Statute Violation Number | Description | A - Attempted C - Committed |

| Incident Location (Street, Apt. Number) 111 Kendra Avenue | City DELAND | Zip 32724 |

| Business Name / Area Identifier | # Prem. Entered | Drug Related 0. N/A 1. Yes 2. No  0 | Alcohol Related 0. N/A 1. Yes 2. No  0 | Forced Entry 1. Yes 3. Attempted 2. No | Arson-Inhabited 1. Occupied 3. Abandoned 2. Unoccupied | Arson-Attempted 1. Yes 2. No |

| Location Type | Location Type Codes 01.Residence-Single 02.Apartment/Condo 03.Residence/Other 04.Hotel/Motel | 05.Convenience Store 06.Gas Station 07.Liquor Sales 08.Bar/Nightclub | 09.Supermarket 10.Dept/Discount Store 11.Specialty Store 12.Drug Store/Hospital | 13.Bank/Financial Inst. 14.Commercial/Office Bldg. 15.Industrial/Mfg. 16.Storage | 17.Gov/Public Bldg. 18.School/University 19.Jail/Prison 20.Religious Bldg. | 21.Airport 22.Bus/Rail Terminal 23.Construction Site 24.Other Structure | 25.Parking Lot/Garage 26.Highway/Roadway 27.Park/Woodlands/Field 28.Lake/Waterway | 29.Motor Vehicle 30.Other Mobile 88.Unknown 99.Other |

**CODES**

| V/W Code V-Victim W-Witness R-Reporting Person | N-Next of Kin O-Other | Victim/Subject Type 0. N/A 4. Business 1. Juvenile 5. Government 2. L.E. Officer 6. Church 3. Adult 9. Other | Address/Phone Type B. Business/Work C. Cell H. Home | M. Message N. Next of Kin O. Other | P. Pager S. School V. Vacation | Race W-White O-Oriental/Asian B-Black U-Unknown I-American Indian | Sex M-Male F-Female U-Unknown | Residence Type 0. N/A 1. City 2. County | Residence 3. Florida 4. Out-of-State | Residence Status 0. N/A 1. Full Year 2. Par. Year 3. Non-Resident |

| Means of Attack F-Firearm K-Knife/Cutting Inst. | O-Other Dangerous H-Hands, Fists, Feet, Etc. | Extent of Injury 00.N/A 01.Gunshot 02.Stabbed | 03.Laceration 04.Unconscious 05.Poss.Broken Bones | 06.Poss. Internal Injury 07.Loss of Teeth 08.Burns | 09.Abrasions/Bruises 10.No Visible Injury 99.Other Serious Injury | Domestic Violence 1. Yes 2. No | Victim Relationship to Offender S-Spouse B-Sibling Z-Other P-Parent O-Other Family C-Child H-Co-Habitant |

**VICTIM/WITNESS**

| Offense Indicator 1. #1 3. Both 2. #2 | V/W Code | # | Nature of Call (for Victim, if different from Incident) | Name (Last) (First) (Middle) |
| Address (Street, Apt. Number) | | | City State Zip | Residence Phone |
| Business/School/Other Address (Street, Apt. Number) | City State Zip | | Address Type Business/School/Other Phone | Phone Type |
| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement | | | |
| Victim Type | Race | Sex | Date of Birth | Age Ethnicity Res. Type Res. Status Means of Attack Extent of Injury Domestic Violence Relationship |

| Offense Indicator 1. #1 3. Both 2. #2 | V/W Code | # | V. Type | Nature of Call (for Victim, if different from Incident) | Name (Last/Business) (First) (Middle) |
| Address (Street, Apt. Number) | | | | City State Zip | Residence Phone |
| Business/School/Other Address (Street, Apt. Number) | City State Zip | | | Address Type Business/School/Other Phone | Phone Type |
| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement | | | | |
| Victim Type | Race | Sex | Date of Birth | Age Ethnicity Res. Type Res. Status Means of Attack Extent of Injury Domestic Violence Relationship |

| Offense Indicator 1. #1 3. Both 2. #2 | V/W Code | # | V. Type | Nature of Call (for Victim, if different from Incident) | Name (Last/Business) (First) (Middle) |
| Address (Street, Apt. Number) | | | | City State Zip | Residence Phone |
| Business/School/Other Address (Street, Apt. Number) | City State Zip | | | Address Type Business/School/Other Phone | Phone Type |
| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement | | | | |
| Victim Type | Race | Sex | Date of Birth | Age Ethnicity Res. Type Res. Status Means of Attack Extent of Injury Domestic Violence Relationship |

| Offense Indicator 1. #1 3. Both 2. #2 | V/W Code | # | V. Type | Nature of Call (for Victim, if different from Incident) | Name (Last/Business) (First) (Middle) |
| Address (Street, Apt. Number) | | | | City State Zip | Residence Phone |
| Business/School/Other Address (Street, Apt. Number) | City State Zip | | | Address Type Business/School/Other Phone | Phone Type |
| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement | | | | |
| Victim Type | Race | Sex | Date of Birth | Age Ethnicity Res. Type Res. Status Means of Attack Extent of Injury Domestic Violence Relationship |

| Offense Indicator 1. #1 3. Both 2. #2 | V/W Code | # | V. Type | Nature of Call (for Victim, if different from Incident) | Name (Last/Business) (First) (Middle) |
| Address (Street, Apt. Number) | | | | City State Zip | Residence Phone |
| Business/School/Other Address (Street, Apt. Number) | City State Zip | | | Address Type Business/School/Other Phone | Phone Type |
| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement | | | | |
| Victim Type | Race | Sex | Date of Birth | Age Ethnicity Res. Type Res. Status Means of Attack Extent of Injury Domestic Violence Relationship |

# INCIDENT REPORT (CONT.)

## SUBJECT / MISSING SECTION

| Offense Indicator 1.#1 3.Both 2.#2 | Subject Code S-Suspect V-Victim D-Defendant (Missing Person) | Code | # | Subj. Type | Name (Last) | (First) | (Middle) | Race | Sex | Ethnicity |

Date of Birth | Age | To Age | Height | To Height | Weight | To Weight | Eye Color | Hair Color | Maiden Name

Nickname / Street Name | Place of Birth - City | County | State | Employer/Other/School | Occupation

Last Known Address (Street, Apt. Number) | City | State | Zip | Address Type | Phone | Phone Type

Other Address (Street, Apt. Number) | City | State | Zip | Address Type | Phone | Phone Type

Driver's License State/Number | Social Security Number | Other ID Number | ID Type

Clothing (Describe) | Scars/Marks/Tattoos (Type/Describe) | Scars/Marks/Tattoos (Type/Describe)

Hair Length /Style | Skin | Build | Facial Features | Speech/Voice | Deformity | Glasses

If Subject: Demeanor | Mask | Weapon Type | If Arrested: Subject Was Already in Custody? 1. Yes 2. No | Warrant From: 1. This Agency 2. Other Agency

Date of Last Contact | Date of Emancipation | Caution | Caution Reason | Personal Habits (Drugs / Alcohol)

If Missing: May Be With: | Physical Condition: | Mental Condition: | Doctor Name: | Dentist Name:

Incident Type 1. Runaway 2. Parents 3. Involuntary 4. Disabled 5. Endangered 6. Disaster Victim 7. Voluntary Adult 8. Unknown | Foul Play Suspected? 1. Yes 2. No 8. Unknown | Missing Before? 1. Yes 2. No 8. Unknown | Fingerprints Available? 1. Yes 2. No | Photo Available? 1. Yes 2. No | Dental Record Available? 1. Yes 2. No

I, _____ (Printed) _____ (Signature) certify that I have reported the above person as a missing person; and this agency has my permission to enter this person in a statewide alert.

## (Second subject block — same fields repeated)

| Offense Indicator 1.#1 3.Both 2.#2 | Subject Code S-Suspect V-Victim D-Defendant (Missing Person) | Code | # | Subj. Type | Name (Last) | (First) | (Middle) | Race | Sex | Ethnicity |

(fields identical to above block)

## NARRATIVE

1  Case report pulled in error.  No crime committed.

## ADMINISTRATIVE

Final Case Status: 5 | Final Case Status Codes: 1.Arrest/Adult 2.Arrest/Juv. 3.Exceptional/Adult 4.Exceptional/Juv. 5.Closed 6.Unfounded | ☐ Victim Advocate | ☐ Triad | ☐ SA Referral

☐ DCF Hotline ☐ CAC | Spoke With: | Date: | Time: | ☐ FCIC / NCIC Entry ☐ FCIC / NCIC Cancel | ☐ T.T. BOLO | Date: | By:

Connecting Report Number | Agency | Additional Forms Attached: ☐ Narrative ☐ SA 707 ☐ Persons ☐ Property ☐ Veh./Tow Sheet ☐ Other  Describe: _____

Officer Reporting - Printed: Post, Heather | Officer Reporting - Signature | ID. Number 7557 | Unit 1B24 | Date 07-05-2009

Officer Reviewing - Printed (If Applicable) | Officer Reviewing - Signature (If Applicable) | ID. Number | Unit | Date

# VOLUSIA COUNTY SHERIFF'S OFFICE

## INCIDENT REPORT

Page 1 of 3 Pages

Agency Report Number: 090030503

| ☐ Juvenile | ☐ Hate Crime |
| ☐ Gang | ☐ Elderly Abuse / Exploitation |
| ☐ Domestic Violence | VOR |
| ☐ Endangered / Other | |

Agency ORI Number: FL0640000

Zone #: 25

Telephone Handled Call? (T.H.C.): 1. Yes  2. No — 2

**EVENT DATA**

| Reported: Day | Date | Time (mil.) | Time Dispatched (mil.) | Time Arrived (mil.) | Time Completed (mil.) | Nature of Call (Report Type) |
|---|---|---|---|---|---|---|
| Friday | 09-25-2009 | 1132 | 1148 | 1342 | 1412 | 42   Civil Complaint |

| Incident Type: 1. Felony 2. Traffic Felony | 3. Misdemeanor 4. Traffic Misdemeanor | 5. Ordinance 9. Other | Incident: Day From | Date | Time (mil.) | | Day | Date | Time (mil.) | Occurred During: D - Day  U - Unknown  N - Night |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Friday | 09-25-2009 | 0930 | TO | Friday | 09-25-2009 | 1000 | D |

| | Offense | Type | Statute Violation Number | Description | | A - Attempted  C - Committed |
|---|---|---|---|---|---|---|
| #1 | | 9 | 7777777777 | INFORMATION ONLY | | |
| #2 | | | Statute Violation Number | Description | | A - Attempted  C - Committed |

| Incident Location (Street, Apt. Number) | City | Zip |
|---|---|---|
| 113 KENDRA AV | DELAND | 32724 |

| Business Name / Area Identifier | # Prem. Entered | Drug Related 0. N/A  1. Yes  2. No — 2 | Alcohol Related 0. N/A  1. Yes  2. No — 2 | Forced Entry 1. Yes  3. Attempted  2. No | Arson-Inhabited 1. Occupied  3. Abandoned  2. Unoccupied | Arson-Attempted 1. Yes  2. No |
|---|---|---|---|---|---|---|

| Location Type | Location Type Codes |
|---|---|
| 01 | 01.Residence-Single  05.Convenience Store  09.Supermarket  13.Bank/Financial Inst.  17.Gov't/Public Bldg.  21.Airport  25.Parking Lot/Garage  29.Motor Vehicle |
| | 02.Apartment/Condo  06.Gas Station  10.Dept/Discount Store  14.Commercial/Office Bldg.  18.School/University  22.Bus/Rail Terminal  26.Highway/Roadway  30.Other Mobile |
| | 03.Residence/Other  07.Liquor Sales  11.Specialty Store  15.Industrial/Mfg.  19.Jail/Prison  23.Construction Site  27.Park/Woodland/Field  88.Unknown |
| | 04.Hotel/Motel  08.Bar/Nightclub  12.Drug Store/Hospital  16.Storage  20.Relgious Bldg.  24.Other Structure  28.Lake/Waterway  99.Other |

**CODES**

| V/W Code | Victim/Subject Type | Address/Phone Type | Race | Sex | Residence Status |
|---|---|---|---|---|---|
| V-Victim  N-Next of Kin | 0. N/A  4. Business | B. Business/Work  M. Message  P. Pager | W-White  O-Oriental/Asian | M-Male  O. N/A  3. Florida  0. N/A | |
| W-Witness  O-Other | 1. Juvenile  5. Government | C. Cell  N. Next of Kin  S. School | B-Black  U-Unknown | F-Female  1. City  4. Out-of-State  1. Full Year | |
| R-Reporting Person | 2. L.E. Officer  6. Church | H. Home  O. Other  V. Vacation | I-American Indian | U-Unknown  2. County  2. Par. Year | |
| | 3. Adult  9. Other | | | | 3. Non-Resident |

| Means of Attack | Extent of Injury | | Domestic Violence | Victim Relationship to Offender |
|---|---|---|---|---|
| F-Firearm  O-Other Dangerous | 00.N/A  03.Laceration  06.Poss. Internal Injury  09.Abrasions/Bruises | | 1. Yes  2. No | S-Spouse  B-Sibling  Z-Other |
| K-Knife/Cutting Inst.  H-Hands, Fists, Feet, Etc. | 01.Gunshot  04.Unconscious  07.Loss of Teeth  10.No Visible Injury | | | P-Parent  O-Other Family |
| | 02.Stabbed  05.Poss.Broken Bones  08.Burns  99.Other Serious Injury | | | C-Child  H-Co-Habitant |

**VICTIM/WITNESS**

| Offense Indicator 1. #1  3. Both 2. #2 | V/W Code | # | V. Type | Nature of Call (for Victim, if different from Incident) | Name (Last/Business) | (First) | (Middle) |
|---|---|---|---|---|---|---|---|
| 1 | R | 1 | 3 | 42   Civil Complaint | SHEA | RICHARD | MATHEW |

| Address (Street, Apt. Number) | City | State | Zip | Residence Phone |
|---|---|---|---|---|
| 113 KENDRA AVE. | DELAND | FL | 32724 | (386) 873-5045 |

| Business/School/Other Address (Street, Apt. Number) | City | State | Zip | Address Type | Business/School/Other Phone | Phone Type |
|---|---|---|---|---|---|---|
| TIRE KINGDOM | | | | B | (386) 736-2123 | B |

| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement |
|---|---|
| | NEIGHBOR OF O1 |

| Victim Injured | Race | Sex | Date of Birth | Age | Ethnicity | Res. Type | Res. Status | Means of Attack | Extent of Injury | Domestic Violence | Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 02-22-1987 | 22 | N | 2 | 1 | | | | |

| Offense Indicator 1. #1  3. Both 2. #2 | V/W Code | # | V. Type | Nature of Call (for Victim, if different from Incident) | Name (Last/Business) | (First) | (Middle) |
|---|---|---|---|---|---|---|---|
| 1 | O | 1 | 3 | 42   Civil Complaint | CASABURRO | JOHN | E |

| Address (Street, Apt. Number) | City | State | Zip | Residence Phone |
|---|---|---|---|---|
| 111 KENDRA AVE. | DELAND | FL | 32724 | (386) 943-8922 |

| Business/School/Other Address (Street, Apt. Number) | City | State | Zip | Address Type | Business/School/Other Phone | Phone Type |
|---|---|---|---|---|---|---|
| RETIRED | | | | O | | |

| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement |
|---|---|
| | NEIGHBOR OF R1 |

| Victim Injured | Race | Sex | Date of Birth | Age | Ethnicity | Res. Type | Res. Status | Means of Attack | Extent of Injury | Domestic Violence | Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 10-14-1951 | 57 | N | 1 | 1 | | | | |

| Offense Indicator 1. #1  3. Both 2. #2 | V/W Code | # | V. Type | Nature of Call (for Victim, if different from Incident) | Name (Last/Business) | (First) | (Middle) |
|---|---|---|---|---|---|---|---|

| Address (Street, Apt. Number) | City | State | Zip | Residence Phone |
|---|---|---|---|---|

| Business/School/Other Address (Street, Apt. Number) | City | State | Zip | Address Type | Business/School/Other Phone | Phone Type |
|---|---|---|---|---|---|---|

| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement |
|---|---|

| Victim Injured | Race | Sex | Date of Birth | Age | Ethnicity | Res. Type | Res. Status | Means of Attack | Extent of Injury | Domestic Violence | Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Offense Indicator 1. #1  3. Both 2. #2 | V/W Code | # | V. Type | Nature of Call (for Victim, if different from Incident) | Name (Last/Business) | (First) | (Middle) |
|---|---|---|---|---|---|---|---|

| Address (Street, Apt. Number) | City | State | Zip | Residence Phone |
|---|---|---|---|---|

| Business/School/Other Address (Street, Apt. Number) | City | State | Zip | Address Type | Business/School/Other Phone | Phone Type |
|---|---|---|---|---|---|---|

| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement |
|---|---|

| Victim Injured | Race | Sex | Date of Birth | Age | Ethnicity | Res. Type | Res. Status | Means of Attack | Extent of Injury | Domestic Violence | Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Offense Indicator 1. #1  3. Both 2. #2 | V/W Code | # | V. Type | Nature of Call (for Victim, if different from Incident) | Name (Last/Business) | (First) | (Middle) |
|---|---|---|---|---|---|---|---|

| Address (Street, Apt. Number) | City | State | Zip | Residence Phone |
|---|---|---|---|---|

| Business/School/Other Address (Street, Apt. Number) | City | State | Zip | Address Type | Business/School/Other Phone | Phone Type |
|---|---|---|---|---|---|---|

| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement |
|---|---|

| Victim Injured | Race | Sex | Date of Birth | Age | Ethnicity | Res. Type | Res. Status | Means of Attack | Extent of Injury | Domestic Violence | Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|

# INCIDENT REPORT (CONT.)

Page __2__ of __3__ Pages

## SUBJECT / MISSING SECTION

| Offense Indicator 1. #1  2. #2  3. Both | Subject Code S-Suspect  V-Victim  D-Defendant  (Missing Person) | Code | # | Subj. Type | Name (Last) | (First) | (Middle) | Race | Sex | Ethnicity |
|---|---|---|---|---|---|---|---|---|---|---|

| Date of Birth | Age | To Age | Height | To Height | Weight | To Weight | Eye Color | Hair Color | Maiden Name |
|---|---|---|---|---|---|---|---|---|---|

| Nickname / Street Name | Place of Birth - City | County | State | Employer/Other/School | Occupation |
|---|---|---|---|---|---|

| Last Known Address (Street, Apt. Number) | City | State | Zip | Address Type | Phone | Phone Type |
|---|---|---|---|---|---|---|

| Other Address (Street, Apt. Number) | City | State | Zip | Address Type | Phone | Phone Type |
|---|---|---|---|---|---|---|

| Driver's License State/Number | Social Security Number | Other ID Number | ID Type |
|---|---|---|---|

Clothing (Describe)

Scars/Marks/Tattoos (Type/Describe)   Scars/Marks/Tattoos (Type/Describe)

| Hair Length /Style | Skin | Build | Facial Features | Speech/Voice | Deformity | Glasses |
|---|---|---|---|---|---|---|

| Demeanor | Mask | Weapon Type | | | Subject Was Already In Custody? 1. Yes 2. No | Warrant From: 1. This Agency 2. Other Agency |
|---|---|---|---|---|---|---|

| Date of Last Contact | Date of Emancipation | Caution | Caution Reason | Personal Habits (Drugs / Alcohol) |
|---|---|---|---|---|

| May Be With: | Physical Condition: | Mental Condition: | Doctor Name: | Dentist Name: |
|---|---|---|---|---|

| Incident Type 1. Runaway 2. Parents 3. Involuntary 4. Disabled 5. Endangered 6. Disaster Victim 7. Voluntary Adult 8. Unknown | Foul Play Suspected? 1. Yes 2. No 8. Unknown | Missing Before? 1. Yes 2. No 8. Unknown | Fingerprints Available? 1. Yes 2. No | Photo Available? 1. Yes 2. No | Dental Record Available? 1. Yes 2. No |
|---|---|---|---|---|---|

I, _____ (Printed) _____ (Signature) certify that I have reported the above person as a missing person; and this agency has my permission to enter this person in a statewide alert.

| Offense Indicator 1. #1  2. #2  3. Both | Subject Code S-Suspect  V-Victim  D-Defendant  (Missing Person) | Code | # | Subj. Type | Name (Last) | (First) | (Middle) | Race | Sex | Ethnicity |
|---|---|---|---|---|---|---|---|---|---|---|

| Date of Birth | Age | To Age | Height | To Height | Weight | To Weight | Eye Color | Hair Color | Maiden Name |
|---|---|---|---|---|---|---|---|---|---|

| Nickname / Street Name | Place of Birth - City | County | State | Employer/Other/School | Occupation |
|---|---|---|---|---|---|

| Last Known Address (Street, Apt. Number) | City | State | Zip | Address Type | Phone | Phone Type |
|---|---|---|---|---|---|---|

| Other Address (Street, Apt. Number) | City | State | Zip | Address Type | Phone | Phone Type |
|---|---|---|---|---|---|---|

| Driver's License State/Number | Social Security Number | Other ID Number | ID Type |
|---|---|---|---|

Clothing (Describe)

Scars/Marks/Tattoos (Type/Describe)   Scars/Marks/Tattoos (Type/Describe)

| Hair Length /Style | Skin | Build | Facial Features | Speech/Voice | Deformity | Glasses |
|---|---|---|---|---|---|---|

| Demeanor | Mask | Weapon Type | | | Subject Was Already Arrested In Custody? 1. Yes 2. No | Warrant From: 1. This Agency 2. Other Agency |
|---|---|---|---|---|---|---|

| Date of Last Contact | Date of Emancipation | Caution | Caution Reason | Personal Habits (Drugs / Alcohol) |
|---|---|---|---|---|

| May Be With: | Physical Condition: | Mental Condition: | Doctor Name: | Dentist Name: |
|---|---|---|---|---|

| Incident Type 1. Runaway 2. Parents 3. Involuntary 4. Disabled 5. Endangered 6. Disaster Victim 7. Voluntary Adult 8. Unknown | Foul Play Suspected? 1. Yes 2. No 8. Unknown | Missing Before? 1. Yes 2. No 8. Unknown | Fingerprints Available? 1. Yes 2. No | Photo Available? 1. Yes 2. No | Dental Record Available? 1. Yes 2. No |
|---|---|---|---|---|---|

I, _____ (Printed) _____ (Signature) certify that I have reported the above person as a missing person; and this agency has my permission to enter this person in a statewide alert.

## NARRATIVE

1    On 09/25/2009, at approximately 1148 hours, Deputy Passerrello responded to a telephone handled call regarding a civil complaint. Deputy
2    Passerrello contacted Shea, John(R1), who reported that he observed his neighbor, Casaburro, John(O1), taking photographs of Shea's house
3    and cars.
4
5    Shea stated that Casaburro consistently makes complaints against Shea by calling the Sheriff's Office. Deputy Passerrello asked Shea how
6    often this happens. Shea stated that the last incident was "a couple weeks ago." Deputy Passerrello advised Shea that there is no crime in taking
7    photographs, but if Casaburro would come onto Shea's property without permission, Shea should call V.C.S.O. to dispatch a Deputy to trespass
8    Casaburro.
9
10    Deputy Passerrello was later advised to follow up on the incident. Deputy Passerrello responded to 113 Kendra Ave., where he met with Shea.

## ADMINISTRATIVE

| Final Case Status: 5 | Final Case Status Codes: 1.Arrest/Adult 2.Arrest/Juv. 3.Exceptional/Adult 4.Exceptional/Juv. 5.Closed 6.Unfounded | ☐ Victim Advocate | ☐ Tried | ☐ SA Referral |
|---|---|---|---|---|

| ☐ DCF Hotline ☐ CAC | Spoke With: | Date: | Time: | ☐ FCIC / NCIC Entry ☐ FCIC / NCIC Cancel | ☐ T.T. BOLO | Date: | By: |
|---|---|---|---|---|---|---|---|

| Connecting Report Number | Agency | Additional Forms Attached: ☐ Narrative ☐ SA 707 ☐ Persons ☐ Property ☐ Veh./Tow Sheet ☐ Other Describe: |
|---|---|---|

| Officer Reporting - Printed Passerrello, Paul | Officer Reporting - Signature | ID. Number 7630 | Unit 1A22 | Date 09-25-2009 |
|---|---|---|---|---|

| Officer Reviewing - Printed (If Applicable) | Officer Reviewing - Signature (If Applicable) | ID. Number | Unit | Date |
|---|---|---|---|---|

## VOLUSIA COUNTY SHERIFF'S OFFICE

### NARRATIVE / SUPPLEMENT

Page __3__ of __3__ Pages

| Report Date | Report Time | Orig. Reported Date | Nature of Call (for Incident) | Agency Report Number | 1.Original 2.Supplement |
|---|---|---|---|---|---|
| 09-25-2009 | 1132 | 09-25-2009 | 42 | 090030503 | |

**EVNT**

**NARRATIVE / CONTINUATION**

11 Shea informed Deputy Passerrello that at 0930 hours, Casaburro had actually taken photographs from Shea's driveway. Deputy Passerrello
12 observed the two automobiles in Shea's driveway. The automobiles were in poor condition and missing major parts. Deputy Passerrello obtained a
13 sworn, written statement from Shea.
14
15 Deputy Passerrello then met with Casaburro, who advised the following in a sworn, written statement. Casaburro stated that he had taken
16 photographs of Shea's cars, but had done so from Casaburro's own property. Deputy Passerrello advised Casaburro to not go onto Shea's
17 property without Shea's permission. Casaburro indicated that he understood and would comply. Deputy Passerrello gave Casaburro a business
18 card with the case number. Casaburro claimed to be the president of a Homeowners Association, but then admitted that he merely initiates action
19 to remove undesirable residents from the neighborhood. Casaburro stated that he has initiated petitions in the past to remove tenants from houses
20 in the area, and showed Deputy Passerrello copies of those petitions. Deputy Passerrello advised Casaburro that in the future, Casaburro should
21 contact V.C.S.O. to handle similar issues, and not to initiate his own actions.
22
23 Deputy Passerrello met with Shea again and informed Shea that there was no evidence of any crime occurring, but to call if Casaburro
24 trespasses on Shea's property. Deputy Passerrello gave Shea a business card with the case number.
25
26 Case status: Closed.

**ADMINISTRATIVE**

| Final Case Status: | 5 | Final Case Status Codes: | 1.Arrest/Adult | 2.Arrest/Juv. | 3.Exceptional/Adult | 4.Exceptional/Juv. | 5.Closed | 6.Unfounded | | ☐ Victim Advocate | | ☐ Triad | | ☐ SA Referral |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ☐ DCF Hotline | | | | Date: | | Time: | | ☐ FCIC / NCIC Entry | ☐ T.T. BOLO | | Date: | | By: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ CAC | Spoke With: | | | | | | | ☐ FCIC / NCIC Cancel | | | | | |

| Connecting Report Number | Agency | | Additional Forms Attached: | ☐ Narrative | ☐ SA 707 | ☐ Persons | ☐ Property | ☐ Veh./Tow Sheet | ☐ Other  Describe: _____ |
|---|---|---|---|---|---|---|---|---|---|

| Officer Reporting - Printed | Officer Reporting - Signature | ID. Number | Unit | Date |
|---|---|---|---|---|
| Passerrello, Paul | | 7630 | 1A22 | 09-25-2009 |
| Officer Reviewing - Printed (if Applicable) | Officer Reviewing - Signature (if Applicable) | ID. Number | Unit | Date |

## VOLUSIA COUNTY SHERIFF'S OFFICE
### STATEMENT

SEP 26 2009



| 09 | 30503 |
|---|---|

INCIDENT NUMBER

Page _1_ of _1_ Pages

**INCIDENT TYPE**
X CIVIL COMPLAINT / ALLEGED TRESPASS

**NAME OF PERSON SIGNING**
X JOHN CASABURRO

**ADDRESS**
X 111 KENDRA AVE , DELAND , FL. 32724

**AGE**
X 58

**BIRTH DATE**
X 10-14-51

**HOME PHONE 386.**
X 943-8922

**EMPLOYED AT/SCHOOL ATTENDS**
X RETIRED

**STATEMENT TAKEN AT**
HOME

**DATE**
X 9-25-09

**TIME**
X 12:05

**READ RIGHTS** ( ) YES ( ✓NO X _JC_ (INITIALS)

I, JOHN CASABURRO , do hereby, freely and voluntarily, make the following statement

THIS MORNING AROUND 11 AM I TOOK PICTURES
OF 2 JUNK CARS AT 113 KENDRA AVE ADVISED
BY CODE ENFORCEMENT & PALEN DEPUTYS &
LAND LORDS ADVICE. I WAS ON MY PROPERTY
AT ALL TIMES. TENANTS AT 113 ARE A CONSTANT
PROBLEM OF DRAG RACING, SPEEDING IN A 25 M.P.H.
SCHOOL ZONE AREA, MAILING. COMPLAINTS WERE
FILED WITH DEPUTYS, LAND LORD & CODE ENFORCEMENT
FOR 5 MONTHS. TENANTS RUNS A BODY & REPAIR
SHOP ON DRIVEWAY OFTEN WITH 6 CARS

**I SWEAR AND AFFIRM THE ABOVE STATEMENTS ARE TRUE AND CORRECT**

SIGNATURE

**SWORN TO AND SUBSCRIBED BEFORE ME THIS**
25th DAY OF SEPTEMBER , 2009

NOTARY PUBLIC/LAW ENFORCEMENT OFFICER

PS-0080-0297

# OFFICE OF THE STATE ATTORNEY
### SEVENTH JUDICIAL CIRCUIT OF FLORIDA
**VOLUSIA, FLAGLER, PUTNAM & ST. JOHNS COUNTIES**

**JOHN TANNER**
**STATE ATTORNEY**



**PHONE:**
**FAX:**

August 14, 2008

**JOHN CASABURRO**
**111 KENDRA AVENUE**
**DELAND, FL 32724**

Re: **ANTHONY MANDESE /**
**AGENCY CASE #: VCSO0825664**

DEAR JOHN CASABURRO:

I am the Assistant State Attorney handling the above mentioned case in which you are a victim. It is my understanding that you have recently contacted our office to discuss this case. We just opened the file today and I had an opportunity to review the police report. I would like to schedule a time for you to come into our office to discuss the case. Please contact my secretary Holli at 386-822-6400 extension 8917 so that we can schedule a time for this meeting. Thank you for your assistance in this matter.

Sincerely,

**DANIEL JANCHA**
**ASSISTANT STATE ATTORNEY**

*EX-E*

**VOLUSIA COUNTY SHERIFF'S OFFICE**
**STATEMENT**



PO  9/860867
INCIDENT NUMBER

CASE# 090021205  BY SERGEANT
MARK S. MATHIESON

Page 1 of 1 Pages

| INCIDENT TYPE PATTERN OF HARASSMENTS, FALSE POLICE REPORTS (3) | NAME OF PERSON SIGNING JOHN CASABURRO |
|---|---|

ADDRESS  111 KENDRA AVE. DELAND FL. 32724

| AGE 57 | BIRTH DATE 10-17-51 | HOME PHONE 386 943-8932 | EMPLOYED AT/SCHOOL ATTENDS N/A |
|---|---|---|---|

| STATEMENT TAKEN AT NOTARY | DATE 7-9-09 | TIME 11:30 AM | READ RIGHTS ( ) YES ( ) NO X ___ (INITIALS) |
|---|---|---|---|

I, JOHN CASABURRO, do hereby, freely and voluntarily, make the following statement:

ON 7-5-09 ANTHONY MANDESE MADE A FALSE POLICE CALL TO DISPATCH AT 10:51 AM & STATED THAT I WAS WALKING AROUND "NAKED" OUTSIDE. DEPUTY H. POST ARRIVED ASKING QUESTIONS ABOUT SUNBATHING IN BOXER/BRIEFS ON MY VERY PRIVATE & ENCLOSED PATIO & POSSIBLE EXPOSURE? THE "3RD" STORY SWITCHED TO THAT I WAS "WALKING AROUND OUT-SIDE IN BOXER/BRIEFS." SERGEANT MATHIESON THEN CALLED & INVESTIGATED ON 7-8-09 & FOUND THAT "THERE WAS NO CRIME COMMITTED." IN ADDITION TO FALSE POLICE REPORT-ING MANDESE "MENACING" HARASSED ME & MY GUEST 60 YR OLD SUE HOFFMAN WHILE PLANTING SHRUBS APPROX. 4:PM SAME DAY (7-5-09). WE BOTH FEAR FOR OUR SAFETY. MR. MANDESE HAS A "5YR" PATTERN OF MENACING & AGGRAVAT-ING HARASSMENT. ATTACHMENTS-POLICE REPORT S.A.# VCSO 0825664

I SWEAR AND AFFIRM THE ABOVE STATEMENTS ARE TRUE AND CORRECT.

John Casaburro
SIGNATURE

PS-0080-0297

SWORN TO AND SUBSCRIBED BEFORE ME THIS 9th DAY OF July, 2009

NOTARY PUBLIC/LAW ENFORCEMENT OFFICER

CHRISTIANA F. EASTMAN
Notary Public - State of Florida
My Commission Expires Oct 5, 2009
Commission # DD 479063
Bonded By National Notary Assn.

**VOLUSIA COUNTY SHERIFF'S OFFICE**
**STATEMENT**



CASE #
09 | 002|205
INCIDENT NUMBER

Page _1_ of _1_ Pages

| INCIDENT TYPE | NAME OF PERSON SIGNING |
|---|---|
| *MENACING HARASSMENT* | SUE HOFFMAN |

ADDRESS
1413 VOORHIS Ave. DELANO, FL. 32734

| AGE | BIRTH DATE | HOME PHONE 386- | EMPLOYED AT/SCHOOL ATTENDS |
|---|---|---|---|
| 60 | 2-19-49 | 734-2406 | N/A |

| STATEMENT TAKEN AT | DATE | TIME | |
|---|---|---|---|
| NOTARY | 7-9-09 | 3:05 | READ RIGHTS ( ) YES (✓)NO X __SAH__ (INITIALS) |

I, __Sue HOFFMAN__ , do hereby, freely and voluntarily, make the following statement:

ON 7-5-09 AT APPROX. 4. PM I WAS PLANTING SHRUBS FOR MR. CASABURRO AT 111 KENDRA AVE WHEN MR. ANTHONY MANDESE OF 109 KENDRA MENACINGLY HARASSED ME & MR. CASABURRO. He AGRESSIVLY YELLED & SCREAMED TO GET OFF HIS PROPERTY (WHILE ON MR. CASABURRO'S PROPERTY) & MADE (he) COMMENTS TO "GO EXPOSE YOURSELF TO LITTLE GIRLS" (LOUDLY) & CASABURRO LOVES TO EXPOSE HIMSELF TO "LITTLE GIRLS" I VISIT MR. CASABURRO & HELP HIM WITH YARD WORK. I AM FEARFUL THAT MR. MANDESE WILL BECOME VIOLENT. WE ARE BOTH AFRAID WHILE OUTSIDE / TRY TO AVOID MANDESE. I HAVE WITNESSED MANDESE AGGRAVATING /MENACING HARASSMENT BEFORE & HE APPEARS TO BE A CONSTANT BULLY!!

I SWEAR AND AFFIRM THE ABOVE STATEMENTS ARE TRUE AND CORRECT.

Sue Hoffman
SIGNATURE

PS-0080-0297

SWORN TO AND SUBSCRIBED BEFORE ME THIS ___ DAY OF ___



NOTARY PUBLIC/LAW ENFORCEMENT OFFICER

EX-E

**ATTORNEYS RIGHT TO WITHDRAW**
THE CLIENT understands that he or she has the right to have THE FIRM, on CLIENT'S request, withdraw from the case by requesting that THE FIRM sign a form called a SUBSTITUTION OF ATTORNEY. THE CLIENT also understands that when this happens, the CLIENT will receive the original file from THE FIRM and that THE FIRM can only keep the original notes or personal papers.  THE FIRM believing that we have the right to withdraw from the case will ask the CLIENT to sign the SUBSTITUTION OF ATTORNEY FORM, if any of the following problems happen:

1. CLIENT wants to do or suggests a criminal or illegal act; or
2. THE FIRM discovers CLIENT has used THE FIRM'S services to do an illegal act; or
3. CLIENT insists that THE FIRM do something that is unethical or is unwise; or
4. If CLIENT and THE FIRM do not get along to the point that they mistrust each other; or
5. CLIENT does not talk, write, or tries to avoid paying legal fee owed to THE FIRM; or
6. If the CLIENT uses profanity or exhibits hostility towards THE FIRM or its attorneys or staff; or
7. CLIENT refuses to accept or offer a settlement which THE FIRM believes is reasonable; or
8. CLIENT does not follow THE FIRM'S advice, or
9. CLIENT has misrepresented a material fact at the initial consultation, which THE FIRM considered and used to determine a fair and reasonable flat-fee amount before starting the CLIENT'S representation.

If the CLIENT refuses to sign the SUBSTITUTION OF ATTORNEY FORM when asked within ten (10) days, THE FIRM has the right to file a MOTION To WITHDRAW as ATTORNEY OF RECORD.

Although it is the right of the CLIENT to substitute THIS FIRM out of the CLIENT'S case at any time. CLIENT realizes that a Substitution has **NO EFFECT ON THE FEES AND/OR COSTS IN THIS FEE-AGREEMENT.**

**RIGHTS OF CLIENT TO INDEPENDENT REVIEW**
THE CLIENT understands that there are to be no additions, strike outs, changes, or waivers of any kind whatsoever to this three (3) page Flat-Fee Agreement unless the change is in writing and signed by both THE FIRM and THE CLIENT. Further, the CLIENT understands that this Agreement applies to this case only, and not to any other cases or legal problems.

**WHY SUCH A FORMAL AND LENGTHY AGREEMENT?**
We regret that this retainer must be so formal, but it is important for you to understand that you are entering into a professional business relationship with us. We feel that it is important that you fully understand all of the terms of our relationship as this understanding will give you a firm foundation to begin our relationship. The CLIENT swears or affirms that he or she has read, understands and agrees to this contract and has been given a copy of it at the time of signing.


_JOHN CASABURRO_
_____
JOHN CASABURRO
     Defendant

by:

PHILPOTT & SAWTELLE, PLLC
SCOTT F. SAWTELLE, Esq.
Florida Bar No. 0598501
Attorney for the Defendant


DATE SIGNED: _10- 7/09_

DATE SIGNED: _10-7-2009_


-F-

**PATIENT NAME:** John Casa███lo
**CHART NUMBER:** 19167
**DATE** ████████████████8
**DATE OF BIRTH:** 10/14/1951
**DATE OF SERVICE:** 4/3/2009

## DIAGNOSIS

- Chronic cervical strain/sprain injury with associated myofascial pain ██████████████████8, at MMI from my point of view.
- Thoracic strain/sprain i█████████████████8, now resolved.
- Posttraumatic headaches with cervicogenic characteristics f█████████████████defer to Dr. █████.
- Postconcussion type symptoms ████████improved.

## RECOMMENDATIONS

- Continue treatment with neurologist.
- Discontinue current conservative care with emphasis on continued home therapy.
- Reminded the patient to continue with per tolerance exercise and activity levels.
- At this time I feel that Mr. Casaburro as reached MMI from his injuries sustained on ██████ I have explained to the patient that he is placed on a prn basis.  If I can be of further assistance to him I would be more than happy to see him at that time.

## PROFESSIONAL OPINION

Calculations for the cervical region were obtained by assigning a Class to the diagnosis (Table 17-2 pg. 564-6). The cervical diagnosis was assigned a Class 1.  The Functional History (FHGM Table 17-6 pg. 575) was. The Physical Examination (PEGM Table 17-7 pg. 576) was 0.  The net adjustment value = -1, which converts to a letter Grade of B.  In this case the whole person impairment for the cervical region is 1%.

I will defer the posttraumatic headaches to Dr. ██████ this is out of my area of expertise.

It is a common observation in cases such as these to see remissions and exacerbations for no apparent external reason. Due to a structural weakening of the spinal column, traumatically induced, Mr. Casaburro can anticipate future recurrence of the pain and discomfort from time to time, especially prevalent at times of stress, fatigue or emotional upset. There is little anyone can do to prevent this.

This concludes the final report for this patient. Please feel free to contact me with any questions or concerns.

Sincerely,

███████████, D.C.
Chiropractic Physician

EX-G-

John E. Casaburro

███ ██ ███████

3

performed consultatively on February 25, ████ by ████ █.
██████████, D.O., showed some edema of the left external canal
with some pyogenic drainage.  A back and spine examination showed
evidence of paraspinal muscle tightness as well as a decreased
range of motion.  X-ray films of the lumbar spine revealed
moderate disc space narrowing at L5-S1 with mild anterior lipping
and there was very minimal osteoarthritis as evidenced by X-ray
films of the right knee (Exhibit 2F).

Examinations performed by ████████████████, D.C., revealed a
restricted range of motion of the cervical spine, particularly on
extension and bilateral flexion with palpatory tenderness as well
as paraspinal muscle palpatory tenderness of the thoracic spine.
A back examination showed limited movement with severe bilateral
hamstring tightness, interspinous space tenderness over L4-5 and
L5-S1 as well as pain over the sacral apex.  On February 24,
████ the claimant required ████████████████ treatment at
██████████████ on ████████ ██, ████, for complaints of chronic
pain and swelling of the right knee (Exhibits 1F and 4F).

In reaching the above conclusions, the undersigned has carefully
██████████████████████████████████████████████████████.  In
accordance with the referenced Ruling, the residual functional
capacity assessments completed at the initial and ████████████
level in March ████ and May █████, respectively, by the █████
████████ and the findings of ████ made by the ████████████ cy and
other program physicians regarding the nature and severity of the
claimant's impairments have been considered to be expert medical
opinions of non-examining sources.  ████████████ight has been
accorded to the clinical findings, opinions and assessments of
the treating sources.  Many of the referenced reports,
assessments and opinions confirmed severe ongoing physical
impairments which have lasted for well over ██████ █████████s
███████.

The evidence establishes that the claimant has the following
medically determinable impairments:  disc degeneration of the
lumbosacral spine, osteoarthritis of the right knee, mid-
cervicobrachial syndrome bilaterally, lumbar radiculitis, mid-
thoracic strain, and myofascitis.  As these conditions have
imposed significant functional limitations on his ability to
engage █████████████████████es, it must be found that he has a
"severe" impairment within the m████████████████████████
██████████████.

